No. 86–492. BOYLE, PERSONAL REPRESENTATIVE OF THE HEIRS AND ESTATE OF BOYLE *v.* UNITED TECHNOLOGIES CORP. C. A. 4th Cir. [Certiorari granted, 479 U. S. 1029.] Parties may file supplemental briefs on reargument, provided the briefs do not exceed 20 pages. *Amici curiae* may file supplemental briefs on reargument, provided the briefs do not exceed 10 pages. Such

briefs shall be served and filed on or before close of business Wednesday, April 13, 1988.